NOT FOR PUBLICATION (Doc. Nos. 9, 10)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| ROMMIE REVELL, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 14-547 (RBK/KMW) |
| ASSOCIATED CLEANING MAINTENANCE, LLC, | : | **ORDER** |
| Defendant. | : | |

**THIS MATTER** having come before the Court upon the Motion of Plaintiff Rommie Revell ("Plaintiff") for Default Judgment and a Damages Hearing (Doc. No. 9), upon the Cross-Motion of Defendant Associated Cleaning Maintenance, LLC ("Defendant") to Set Aside Default (Doc. No. 10), and Plaintiff's request for sanctions (Doc. No. 12), and the Court having considered the moving papers, and the Court having considered the parties' arguments at the hearing on this date, on the motions, and for the reasons expressed on the record at that hearing;

**IT IS HEREBY ORDERED** Plaintiff's Motion for Default Judgment and Damages Hearing (Doc. No. 9) is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** Defendant's Cross-Motion to Set Aside Default (Doc. No. 10) is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** Plaintiff's request for sanctions (Doc. No. 12) is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that Defendant has ten (10) days from the entry of this order, until **January 23, 2015**, to Answer Plaintiff's Complaint.

Dated:   1/13/2015               s/ Robert B. Kugler
                                                              ROBERT B. KUGLER
                                                             United States District Judge